On modified ballot title filed December 27, 2001,* modified ballot title certified January 7, 2002

Steven NOVICK,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S48765)

37 P3d 986

No appearance by petitioner.

Janet A. Metcalf, Assistant Attorney General, Salem, filed the filing of Modified Ballot Title for respondent. With her on the filing were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

---

* 333 Or 154, 36 P3d 486 (2001) (referring ballot title for modification).

The court in this ballot title review proceeding determined that the Attorney General's certified ballot title for a proposed initiative measure, which the Secretary of State denominated as Initiative Petition 72 (2002), failed to comply substantially with statutory standards. *Novick v. Myers*, 333 Or 154, 36 P3d 486 (2001). Under Oregon Laws 2001, chapter 802, section 2 (now codified as ORS 250.085(8)), the court referred the ballot title to the Attorney General for modification. The Attorney General has filed a modified ballot title for the proposed initiative measure, and no party to the ballot title review proceeding has objected. *See* ORS 250.085(9) (setting out period within which party may object to modified ballot title and requiring court to certify modified ballot title if no objection filed).

The modified ballot title for Initiative Petition 72 (2002) states:

"AMENDS CONSTITUTION: CREATES NEW CRITERIA FOR DETERMINING WHETHER INITIATIVE MEASURE SATISFIES SINGLE SUBJECT AND SEPARATE AMENDMENT REQUIREMENTS

"RESULT OF 'YES' VOTE: 'Yes' vote creates new criteria for determining whether initiative measure satisfies single subject and separate amendment requirements; meaningfully related parts or coherent package is sufficient.

"RESULT OF 'NO' VOTE: 'No' vote rejects proposal creating new criteria for determining whether initiative satisfies single subject and separate amendment requirements; retains existing single subject, separate amendment requirements.

"SUMMARY: Amends Constitution. Under current law, an initiative is limited to a single subject and related matters; separate amendments must be submitted to voters separately. Under current law, initiative passes single subject test if it contains a unifying principle logically connecting its provisions; initiative passes separate amendment test if it contains only one substantive change or two or more closely-related changes. This measure creates new

criteria for determining whether an initiative satisfies single subject and separate amendment requirements. Measure provides that an initiative does not violate single subject or separate amendment requirements unless the subjects or amendments contained in the initiative are not connected or related in any meaningful way, or unless the initiative does not offer voters a coherent package of choices or tradeoffs."

The modified ballot title is certified. The appellate judgment shall issue in accordance with ORS 250.085(9).